FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1

| Case No.: | 18-07609 | Trustee Name: | Traci K. Stevenson |
| --- | --- | --- | --- |
| Case Name: | GIFFORD, CRYSTAL DAWN | Date Filed (f) or Converted (c): | 09/08/2018 (f) |
| For the Period Ending: | 09/30/2018 | §341(a) Meeting Date: | 10/10/2018 |
| | | Claims Bar Date: | 01/28/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Small Kitchen Appliances, Dresser/Night Stand, Books | $70.00 | $0.00 | | $0.00 | FA |
| 2 | Computer, Printer/Fax/Copier | $500.00 | $0.00 | | $0.00 | FA |
| 3 | Cell Phone | $200.00 | $0.00 | | $0.00 | FA |
| 4 | Misc. Clothing & Shoes | $100.00 | $0.00 | | $0.00 | FA |
| 5 | Necklaces, Earrings | $5.00 | $0.00 | | $0.00 | FA |
| 6 | Checking #3042 / 17.1. Savings #1149 IB First Home Bank | $665.00 | $0.00 | | $0.00 | FA |
| 7 | Collab Non Profit 100 % | $0.00 | $0.00 | | $0.00 | FA |
| 8 | Life Application Bridge, LLC 100 % | $0.00 | $0.00 | | $0.00 | FA |
| 9 | 7511 Canterbury Road Portsmouth, OH - 45662-0000 Scioto County | $68,000.00 | $0.00 | | $0.00 | $1,000.00 |
| 10 | 2018 tax refund (u) | $0.00 | $1,000.00 | | $0.00 | $1,000.00 |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Asset**

| | $69,540.00 | $1,000.00 | | $0.00 | $2,000.00 |
| --- | --- | --- | --- | --- | --- |

**Major Activities affecting case closing:**

10/30/2018     sent tax intercept

| **Initial Projected Date Of Final Report (TFR):** | 10/24/2019 | **Current Projected Date Of Final Report (TFR):** | 10/24/2019 | /s/ TRACI K. STEVENSON |
| --- | --- | --- | --- | --- |
| | | | | TRACI K. STEVENSON |